FILED

2017 APR 18  PM 1:52

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KCC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO. _____ |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | [Violations: **Ct. 1**;  18 U.S.C. § 2119 [Carjacking] & § 2 [Aiding and Abetting] |
| ROY EDWARD ATES, JR. a/k/a "Rhino" and CHASE RYAN SMITH | § § § § § § | **A17 CR 175 SS** |
| Defendant. | | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
**(Carjacking)**

On or about July 2, 2016, in the Western District of Texas, the defendants,

**ROY EDWARD ATES, JR.,**
a/k/a "Rhino"

and

**CHASE RYAN SMITH,**

aided and abetted by each other, with the intent to cause serious bodily harm, took a motor vehicle, namely a 2000 Ford Ranger, that had been transported, shipped and received in interstate and foreign commerce, from A.C., by force, violence, and intimidation, in violation of Title 18, United States Code, Sections 2119 and 2.

A TRUE BILL:

SIGNATURE REDACTED PURSUANT
TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
GRANT SPARKS
Assistant U.S. Attorney