**A17 CR 175 SS**

Sealed     **X**

Unsealed _____

Personal Data Sheet     USAO#  **2017R04286**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

RELATED CASE _____ YES   __X__ NO

CASE NO. _____

County: **TRAVIS**     **AUSTIN** Division     Judge: _____

Date: **04/18/17**     Mag Ct.# _____     SSN: _____     FBI#: _____

Case No.: _____     Assistant U. S. Attorney: **Grant Sparks**

Defendant: **ROY EDWARD ATES, JR. (1)**     Date of Birth: **REDACTED**

Address: _____

Citizenship:     United States _____     Mexican _____     Other _____

Interpreter Needed:     Yes _____     No _____     Language _____

Defense Attorney: _____     Employed _____

Address of Attorney: _____     Appointed _____

Defendant is:     In Jail _____     Where: _____

On Bond _____     Amt. of Bond _____     Where: _____

Date of Arrest: _____     Bench Warrant Needed _____

Prosecution By:     Information _____     Indictment **X**

Offense (Code & Description):     **Count 1 - 18 USC 2119   Carjacking & Aiding and Abetting**

Offense Is:     Felony **X**     Misdemeanor _____

Maximum Sentence: **Count 1 – No more than 15 yrs imprisonment; $250,000 fine; Up to 3 yrs TSR; $100 Special Assessment**

Penalty is Mandatory:     Yes **X**     No _____
**As to special assessment**

Remarks: _____

**A17 CR 175 SS**

Sealed            X

Unsealed _____                Personal Data Sheet        USAO#    **2017R04286**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
RELATED CASE_____ YES    __X__NO
CASE NO._____

County:   **TRAVIS**         **AUSTIN**        Division           Judge:

Date:  **04/18/17**     Mag Ct.#_____        SSN:_____        FBI#:_____

Case No.: _____                   Assistant U. S. Attorney:   **Grant Sparks**

Defendant:   **CHASE RYAN SMITH (2)**           Date of Birth:  **REDACTED**

Address:

Citizenship:          United States          Mexican          Other

Interpreter Needed:   Yes       No             Language

Defense Attorney:                              Employed

Address of Attorney:                                        Appointed

Defendant is:    In Jail ____    Where: _____

On Bond ____    Amt. of Bond ____    Where: _____

Date of Arrest:                                  Bench Warrant Needed

Prosecution By:                    Information _____     Indictment   **X**

Offense (Code & Description):    **Count 1 - 18 USC 2119   Carjacking & Aiding and Abetting**

Offense Is:          Felony    **X**    Misdemeanor

Maximum Sentence:   **Count 1 – No more than 15 yrs imprisonment; $250,000 fine; Up to 3 yrs TSR; $100 Special Assessment**

Penalty is Mandatory:          Yes   **X**                No
                                    As to special
                                    assessment

Remarks: