AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| Roy Edward Ates, Jr. (1) | ) Case No. 1:17-cr-175-(1)-SS |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Roy Edward Ates, Jr. (1),

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 2119 and 2 - Carjacking & aiding and abetting

Date:   04/18/2017

*Issuing officer's signature*

City and state:   Austin, Texas

Ka Kin Cheng, Courtroom Deputy
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*