UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 2 1 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. |
| | § |
| | § **A17 CR 175 SS** |
| ROY EDWARD ATES, JR. | § |
| BOOKING # 12708 | § |
| | § |
| | § |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on the 25th day of April, 2017; that the Defendant is incarcerated and is now in the custody of the Burleson County Jail.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Warden of the Burleson County Jail, 1334 St. Hwy 21 E., Caldwell, TX 77836 commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on 2017, April 25, 2017 at 2:00pm for the purpose of said proceedings, and any further proceedings to be had in this cause.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: _____
GRANT SPARKS
ASSISTANT U.S. ATTORNEY
816 Congress Avenue, Suite 1000
Austin, Texas  78701
(512)916-5858 (office)
(512)916-5854 (fax)