UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL NO: |
| vs. | § | AU:17-CR-00175(1,2)-SS |
| | § | |
| (1) Roy Edward Ates Jr. | § | |
| (2) Chase Ryan Smith | § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom No. 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **Friday, August 18, 2017 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 2nd day of June, 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE