# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ROY EDWARD ATES, JR. | § | |
| | § | |
| V. | § | CAUSE NO. A-18-CV-728-SS |
| | § | [A-17-CR-175(1)-SS] |
| UNITED STATES OF AMERICA | § | |

## JUDGMENT

BE IT REMEMBERED on this day the Court entered an order in the above-styled cause, denying Movant Roy Ates's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 against Respondent United States of America. The Court accordingly enters the following judgment:

IT IS ORDERED, ADJUDGED, and DECREED that Movant Roy Ates's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [ECF No. 85] is DENIED.

SIGNED this the 18th day of January 2019.

SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE