# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-50247
_____

United States of America,

*Plaintiff—Appellee,*

versus

Roy Edward Ates, Jr.,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CR-175-1

_____

United States Court of Appeals
Fifth Circuit
**FILED**
May 4, 2021
Lyle W. Cayce
Clerk

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of May 4, 2021, for want of prosecution. The appellant failed to timely pay the filing fee.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
> Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 04, 2021

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

     No. 21-50247    USA v. Ates
                            USDC No. 1:17-CR-175-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Melissa B. Courseault, Deputy Clerk
                                          504-310-7701

cc w/encl:
    Mr. Roy Edward Ates Jr.
    Mr. Joseph H. Gay Jr.